**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**

**In RE:**  **Case No.** 17-60419
KATHERINE MICHELE MARCELLUS
GREGORY EUGENE MARCELLUS

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both notices and payments, listed in the above stated case be changed;

| FROM: | TO: |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 440 S. LaSalle Street | 3000 Kellway Dr. |
| Suite 2000 | Ste 150 |
| Chicago, Illinois 60605 | Carrollton, TX 75006 |

Dated: 08/28/2017     /s/ Padma Vaghela

Creditor's Authorized Agent for Fay Servicing LLC