## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| In re: | * |
| | * |
| GREGORY MARCELLUS | * BANRKUPTCY NO. 17-60419 |
| KATHERINE MARCELLUS | * |
| | * |
| Debtors | * CHAPTER 13 |

### NOTICE OF HEARING

Debtors Gregory and Katherine Marcellus, by and through their undersigned counsel, Jeremy Huang, have filed an Objection to Proof of Claim #12 filed by Virginia Ceramic Coatings, LLC.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may which to consult one.)

If you do not wish the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before 7 business days before the hearing date, you or your attorney must:

File with the Court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(M). Unless a written response and supporting memorandum are filed and served within seven (7) business days before the scheduled hearing date, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the deadline stated above.

You must also mail a copy to the persons listed below:

> Herbert Beskin
> Chapter 13 Trustee
> 123 East Main Street, Suite 310
> Charlottesville, VA 22902

If a timely response is filed, a hearing will be held on October 26, 2017 at 9:30 a.m. The hearing will take place at the U.S. Bankruptcy Court, located at U.S. Bankruptcy Court, 1101 Court St., Room 210, Lynchburg, VA 24504. If no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing.

      If you or your attorney do not take steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Respectfully submitted this 31st day of August, 2017,

**/s/ Jeremy C. Huang**
Jeremy C. Huang, VSB 76861
WOEHRLE DAHLBERG JONES YAO, PLLC
10615 Judicial Dr., Suite 102
Fairfax, VA 22030
(T) 703-755-0214 / (F) 571-285-0065
jhuang@lawfirmvirginia.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September, 2017, a copy of the foregoing Notice of Hearing was served via first class mail, postage prepaid, and/or the Court's Electronic Court Filing system upon the Chapter 13 Trustee and the following parties:

Shawn Adams
3804 Greyhound Ct., A-3
Midlothian, VA 23112

Jack Adams
3804 Greyhound Ct., A-3
Midlothian, VA 23112

Virginia Ceramic Coatings, LLC
3804 Greyhound Ct., A-3
Midlothian, VA 23112

**/s/ Jeremy C. Huang**