**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division**

In re:   *
           *   Case No. 17-60419
KATHERINE MARCELLUS   *
GREGORY MARCELLUS   *   Chapter 13
           *
  Debtor   *

**ORDER WITHDRAWING OBJECTION TO CLAIM**

Upon consideration of Virginia Ceramic Coating LLC's withdrawal of its Proof of Claim, and Debtors' desire to withdraw their Motion to Compel, it is

ORDERED:

1. The Objection to Virginia Ceramic Coating's Proof of Claim is WITHDRAWN as MOOT;
2. The evidentiary hearing on the Objection which was scheduled for February 1, 2018 is CANCELLED; and
3. The Clerk shall mail copies of this Order, or give electronic notice of its entry, to the parties listed below.

Date: 1/31/2018

                                        /s/ Rebecca B Connelly
                                        Hon. Rebecca Connelly
                                        United States Bankruptcy Judge

                                        Entered on Docket: _____

I ask for this:

**/s/ Jeremy C. Huang**
Jeremy C. Huang, VSB No. 76861
WOEHRLE DAHLBERG JONES YAO, PLLC
10615 Judicial Dr., Suite 102
Fairfax, VA 22030
(P) 703-755-0214 / (F) 571-285-0065
jhuang@lawfirmvirginia.com

**PARTIES TO RECEIVE COPIES**

Jeremy C. Huang
10615 Judicial Dr., Suite 102
Fairfax, VA 22030
*Attorney for the Debtors*

Paul J. Feinman
P. O. Box 1080
Lynchburg, VA 24505
*Attorney for Virginia Ceramic Coatings, LLC*

**END OF ORDER**