UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| IN RE: <br><br> KATHERINE MICHELE MARCELLUS <br> GREGORY EUGENE MARCELLUS <br><br> Debtors | Case No. 17-60419-RBC <br> (Chapter: 13) |
| FIRST GUARANTY MORTGAGE <br> CORPORATION <br><br> Movant <br><br> v. <br><br> KATHERINE MICHELE MARCELLUS <br> 4 FITZGERALD ROAD <br> CUMBERLAND, VA 23040 <br><br> GREGORY EUGENE MARCELLUS <br> 4 FITZGERALD ROAD <br> CUMBERLAND, VA 23040 <br>        (Debtors) <br><br> PATRICIA ANN MITCHUM <br> 4 FITZGERALD ROAD <br> CUMBERLAND, VA 23040 <br>        (Co-Debtor) <br><br> HERBERT L. BESKIN(82) <br> P.O. BOX 2103 <br> CHARLOTTESVILLE, VA 22902 <br>        (Trustee) <br><br> Respondents | |

## **MOTION TO EXTEND STAY**

Heather D. McGivern, Esq., Bar # 91767
Kathryn Smits, Esq., Bar # 77337
Namrata Loomba, Esq., Bar # 87222
Sameera Navidi, Esq., Bar # 89441
PO Box 2548
Leesburg, VA 20177
(703)777-7101

First Guaranty Mortgage Corporation by undersigned counsel, respectfully moves this Honorable Court to extend the Automatic Stay and co-debtor Automatic Stay and, as grounds therefore states as follows:

1. On May 17, 2018, First Guaranty Mortgage Corporation mailed a Motion for Relief from Automatic Stay and co-debtor Automatic Stay.

2. That pursuant to Local Rule 9013-1 H, counsel conferred with debtor's counsel and was unable to schedule a hearing date within 30 days following the filing of the Motion and therefore requests that the automatic stay be extended until July 31, 2018 at 9:30 am

WHEREFORE, the premises considered, First Guaranty Mortgage Corporation respectfully requests that this Court enter an Order extending the automatic stay and co-debtor Automatic Stay until July 31, 2018 and for such other and further relief as this Court deems just and proper.

Heather D. McGivern, Esq., Bar # 91767
Kathryn Smits, Esq., Bar # 77337
Namrata Loomba, Esq., Bar # 87222
Sameera Navidi, Esq., Bar # 89441
PO Box 2548
Leesburg, VA 20177
(703)777-7101

Date:  May 17, 2018_____

                          Respectfully submitted,

                           /s/ Sameera Navidi_____
                          Heather D. McGivern, Bar # 91767
                          Kathryn Smits, Bar # 77337
                          Namrata Loomba, Bar # 87222
                          Sameera Navidi, Bar # 89441
                          Orlans PC
                          PO Box 2548
                          Leesburg, VA 20177
                          (703)777-7101
                          Attorneys for First Guaranty Mortgage Corporation
                          hmcgivern@orlans.com
                          ksmits@orlans.com
                          nloomba@orlans.com
                          snavidi@orlans.com

Heather D. McGivern, Esq., Bar # 91767
Kathryn Smits, Esq., Bar # 77337
Namrata Loomba, Esq., Bar # 87222
Sameera Navidi, Esq., Bar # 89441
PO Box 2548
Leesburg, VA 20177
(703)777-7101

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| IN RE:<br><br>KATHERINE MICHELE MARCELLUS<br>GREGORY EUGENE MARCELLUS<br><br>       Debtors | Case No. 17-60419-RBC<br>(Chapter: 13) |
| FIRST GUARANTY MORTGAGE<br>CORPORATION<br><br>       Movant<br><br>v.<br><br>KATHERINE MICHELE MARCELLUS<br>4 FITZGERALD ROAD<br>CUMBERLAND, VA 23040<br><br>GREGORY EUGENE MARCELLUS<br>4 FITZGERALD ROAD<br>CUMBERLAND, VA 23040<br>       (Debtors)<br><br>PATRICIA ANN MITCHUM<br>4 FITZGERALD ROAD<br>CUMBERLAND, VA 23040<br>       (Co-Debtor)<br><br>HERBERT L. BESKIN(82)<br>P.O. BOX 2103<br>CHARLOTTESVILLE, VA 22902<br>       (Trustee)<br><br>       Respondents | |

## **ORDER EXTENDING STAY**

UPON CONSIDERATION of the Motion to Extend Stay ("Motion") filed by First

Guaranty Mortgage Corporation, and good cause having been shown, it is hereby

**ORDERED**, that the automatic stay and co-debtor automatic stay is hereby extended until July 31, 2018 at 9:30 am.

BY THE COURT:

Date: _____    _____

Rebecca B. Connelly

U.S. Bankruptcy Court Judge

I ASK FOR THIS

\_/s/ Sameera Navidi_____
Heather D. McGivern, Bar #91767
Kathryn Smits, Bar #77337
Namrata Loomba, Bar #87222
Sameera Navidi, Bar #89441
hmcgivern@orlans.com
ksmits@orlans.com
nloomba@orlans.com
snavidi@orlans.com
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703)777-7101

SEEN:

_____
Jeremy C. Huang
Woehrle Dahlberg Jones Yao PLLC, 10615 Judicial Dr.Suite 102
Fairfax, VA 22030
Attorney for the Debtors

_____
Herbert L. Beskin(82) Trustee
P.O. Box 2103
Charlottesville, VA 22902

Copies to:

Heather D. McGivern, Bar #91767
Kathryn Smits, Bar #77337
Namrata Loomba, Bar #87222
Sameera Navidi, Bar #89441
hmcgivern@orlans.com
ksmits@orlans.com
nloomba@orlans.com
snavidi@orlans.com
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703)777-7101
*Attorneys for the Movant*

Katherine Michele Marcellus
4 Fitzgerald Road
Cumberland, VA 23040
*Debtor*

Gregory Eugene Marcellus
4 Fitzgerald Road
Cumberland, VA 23040
*Debtor*

Patricia Ann Mitchum
4 Fitzgerald Road
Cumberland, VA 23040
*Co-Debtor*

Jeremy C. Huang
Woehrle Dahlberg Jones Yao PLLC,
10615 Judicial Dr. Suite 102
Fairfax, VA 22030
*Attorney for the Debtor*

Herbert L. Beskin(82)
P.O. Box 2103
Charlottesville, VA 22902
*Chapter 13 Trustee*

<u>CERTIFICATE OF SERVICE</u>

The undersigned states that on May 17, 2018, copies of Motion to Extend Automatic Stay and Co-Debtor Automatic Stay and Proposed Order were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Herbert L. Beskin(82)
P.O. Box 2103
Charlottesville, VA 22902
*Bankruptcy Trustee*

Jeremy C. Huang
Woehrle Dahlberg Jones Yao PLLC
10615 Judicial Dr.Suite 102
Fairfax, VA 22030
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of Motion to Extend Automatic Stay and Co-Debtor Automatic Stay and Proposed Order to the following non-ECF participants:

Katherine Michele Marcellus
4 Fitzgerald Road
Cumberland, VA 23040
*Debtor*

Gregory Eugene Marcellus
4 Fitzgerald Road
Cumberland, VA 23040
*Debtor*

Patricia Ann Mitchum
4 Fitzgerald Road
Cumberland, VA 23040
*Co-Debtor*

                                                <u>/s/ Sameera Navidi</u>
                                                Heather D. McGivern, Esquire
                                                Kathryn Smits, Esquire
                                                Namrata Loomba, Esquire
                                                Sameera Navidi, Esquire