# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

In re:

Katherine Michele Marcellus  Case No. 17-60419-RBC
Gregory Eugene Marcellus

    Debtors.  Chapter 13

Wollemi Acquisitions, LLC,

    Plaintiff,

v.

Gregory Eugene Marcellus
and
Herbert L. Beskin, Trustee,

    Defendants.

## NOTICE OF DEFAULT

According to the records of Plaintiff, Wollemi Acquisitions, LLC, Debtor Gregory Eugene Marcellus is in default under the terms of the Order heretofore entered on August 29, 2018 as follows: Debtor has failed to make the regular payments due September 14, 2018 through October 14, 2018.

As of the date of the mailing of this Notice of Default, the total sum of $864.90 must be paid in order to cure the present default.

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
757-498-9600
sara_john@eppspc.com
Counsel for Wollemi Acquisitions, LLC

Pursuant to the terms of the said Order, unless the default is cured or a request for hearing is made within 15 days after the date of the mailing of this Notice of Default, Plaintiff will submit to the Court an Order granting it relief as to the 2013 Toyota Prius, VIN JTDKN3DU0D1682578, which, according to the terms of the Order, will be entered without hearing. Any funds received after the date hereof will be applied to the arrearages set forth above. Acceptance of payment(s) amounting to less than a full cure of the default shall not constitute a waiver of the terms of the Order or of this Notice of Default.

Wollemi Acquisitions, LLC

/s/ Sara A. John
Sara A. John
M. Richard Epps, P.C.

Certificate of Service

I hereby certify that on October 17, 2018, I mailed or electronically served a true copy of the foregoing Notice of Default to: Katherine Michele Marcellus, 4 Fitzgerald Road, Cumberland, VA 23040; Gregory Eugene Marcellus, 4 Fitzgerald Road, Cumberland, VA 23040; Herbert L. Beskin, Trustee, P.O. Box 2103, Charlottesville, VA 22902; and Jeremy Calvin Huang, Counsel for Debtors, 10615 Judicial Dr., Suite 102, Fairfax, VA 22030.

/s/ Sara A. John
Sara A. John
M. Richard Epps, P.C.