

**SIGNED THIS 15th day of November, 2018**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re
**Katherine Michele Marcellus**                                 **Chapter 13**
**Gregory Eugene Marcellus**                                    **Case No 17-60419**
**Debtor(s)**

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtor(s) 8/23/2018**,** having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

It is ORDERED that:

(1) The Plan as filed or modified is CONFIRMED.

(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

(4) Other provisions:

**Debtor(s) shall pay directly all required tax payments (income, sales, withholding, etc.) every calendar quarter during the Plan.**

**Paragraph 1 of the plan is amended to provide as follows: Payments of $860 per month for 41 months beginning October 10, 2018, plus funds on hand of $7,660 paid in as of September 10, 2018. The total amount to be paid into the Plan is $42,920.**

**Paragraph 2B of the Plan is amended as follows: The Trustee shall disburse $103.37 to the IRS (proof of claim 2-3), $399.39 to Virginia Department of Taxation (proof of claim 14-1), and $875.90 to Amelia County (proof of claim 1-1).**

**Paragraph 4A of the Plan is amended as follows: The estimated distribution to non-priority unsecured claims is 2%.**

***End of Order***

/s/ Herbert L. Beskin
Herbert L. Beskin, Chapter 13 Trustee
VSB # 15050
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: hbeskin@cvillech13.net

SEEN AND AGREED

/s/ Jeremy C. Huang
Jeremy C. Huang
VSB # 76861
Woehrle Dahlberg Jones Yao PLLC
10615 Judicial Dr.
Suite 102
Fairfax, VA 22030
703-755-0214
Fax : 571-285-0065
Email: jhuang@lawfirmvirginia.com

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.