**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

In re Katherine Marcellus                                          Case No. 17-60419
and
Gregory Marcellus                                                  Chapter 13
              Debtors.

………………………………………………….............................................................

Shawn Adams, as Trustee in Liquidation
of Virginia Ceramic Coatings, LLC,

                            Movant

v.                                                                                            Motion No. ___

Katherine Marcellus,
and
Gregory Marcellus,
Debtors

and

Patricia A. Mitchum,
Co-Debtor

and

Herbert L. Beskin,
Trustee

                            Respondents

**AMENDED (for service address of Co-Debtor)**
**MOTION TO MODIFY CO-DEBTOR STAY PURSUANT TO 11 U.S.C. § 1301**

Now comes Shawn Adams, as Trustee in Liquidation of Virginia Ceramic Coatings, LLC ("Creditor"), by counsel, pursuant to 11 U.S.C. section 1301(c) and

Bankruptcy Rule 4001, and respectfully requests this Court to modify the automatic stay of 11 U.S.C. section 1301 to allow it to exercise its rights under state law and under a certain contract or contracts, as set out below and on the following grounds:

1. The debtors filed a petition in this Court under Chapter 13 of the U. S. Bankruptcy Code on March 1, 2017.

2. Prior to the filing of the petition, Virginia Ceramic Coatings, LLC ("VCC"), and Katherine Marcellus (hereinafter "Debtor") and Patricia A. Mitchum (hereinafter "Co-Debtor") by and through the Debtor as her Attorney in Fact, signed a contract dated April 15, 2016, for extensive HVAC removal/replacement and improvement at their residence, located at 4 Fitzgerald Avenue, Cumberland, Virginia 23040. The total cost of labor and materials for this work was $9,000.00. A true and correct copy of this Contract is attached hereto as EXHIBIT 1.

3. The Debtor and the Co-Debtor also signed a contract for VCC to perform work on the porch of this same residence, dated July 18, 2016, for a total job cost for labor and materials of $3,850.00. This contract also was signed by Debtor individually, and as Attorney in Fact for the Co-Debtor. A true and correct copy of this Contract is attached hereto as EXHIBIT 2.

4. During this work additional porch support concerns were identified, and a third agreement for brick repair by VCC at a cost in labor and materials of $950.00 was selected from two options provided. This option was selected by Debtor and the Co-Debtor, as is evidenced by an email dated August 22, 2018. A true and correct copy of this email with the referenced repair proposals attached to the email are attached hereto as EXHIBIT 3.

5. At the completion of all work, the Debtor and the Co-Debtor refused to pay for the agreed-upon work. Creditor filed a Warrant in Debt in the General District Court for Cumberland County, Virginia on February 2, 2017. The Debtor and her

husband filed this case under Chapter 13 of the United States Bankruptcy Code on March 1, 2017, and listed Creditor's claims on their Schedule F as disputed.

6. The Co-Debtor has not filed a bankruptcy case, and Creditor is only barred from pursuing its claim against Co-Debtor by Bankruptcy Code § 1301; the continued passage of time will be detrimental to a fair resolution of the dispute as to the debt.

7. The Co-Debtor is a one half owner of the residence which is the subject of the contracts, and so received consideration for the debt owed to Creditor.

8. The Debtor's plan does not propose to pay Creditor's claim (Creditor withdrew its claim after the debtor objected to it, because the extremely low payout under the debtor's plan meant that the cost of defending the objection would far exceed the small percentage of the debt that would get paid under the plan, but even if it had not withdrawn its claim and successfully defended the objection, the plan would only pay 2% of the claim).

9. Virginia Ceramic Coatings, LLC is currently in dissolution, and pursuant to Va. Code § 13.1-1050.2, the properties and affairs of the company have passed to Shawn Adams, who was its last manager, and who is in the process of collecting its assets, including this debt.

10. Creditor's interests will be irreparably harmed by continuation of the stay.

WHEREFORE, Shawn Adams, as Trustee in Liquidation of Virginia Ceramic Coatings, LLC, by counsel, respectfully requests this Court lift the automatic stay of 11 U. S. C. § 1301, et seq.

    Shawn Adams, as Trustee in Liquidation
    of Virginia Ceramic Coatings, LLC


    By  /s/ Paul J. Feinman
        Counsel for Movant

VSB # 29669
Petty, Livingston, Dawson & Richards
P. O. Box 1080
Lynchburg, Virginia  24501
434/846-2768
pfeinman@pldrlaw.com

Certificate of Service

The undersigned hereby certifies that on this 27th day of February, 2019, he has filed this Amended Motion using this court's CM/ECF filing system which will serve a copy of the Motion on counsel for the Debtors and the Chapter 13 Trustee by electronic mail, and he has mailed a copy by first class mail, postage prepaid, to the Debtors and the Co-Debtor at the following addresses:

> Katherine Marcellus
> 4 Fitzgerald Road
> Cumberland, VA 23040
>
> Gregory Marcellus
> 4 Fitzgerald Road
> Cumberland, VA 23040
>
> Patricia Mitchum
> 4 Fitzgerald Road
> Cumberland, VA 23040

    /s/ Paul J. Feinman

# HVAC CONTRACT

April 5, 2016

Invoice#VCC 1445-Add on---3

## VCC

3806 Greyhound Ct

Midlothian, VA 23112

(804)516-3543

License # 2705-141141-A

To: Gregory & Katherine Marcellus (804) 955-8608

For Property: 4 Fitzgerald Ave

Cumberland, VA 23040

Description

1. Remove old boiler from home.

2. Install new REEM 3 ton 14 seer gas furnace with straight A/C on lower level of home.

3. Install new REEM 3 ton 14 seer heat pump on upper level of home.

4. Install cold air returns one on lower level and one on upper level where needed.

5. Install two ducts in any room over 10x10 and one duct in any room smaller. (Excluding closets, pantries or other such areas.)

6. Remove job related debris.

7. Workmanship comes with a 5 year labor warranty.

Page 1 of 2 VCC 1445 Add on----3

# EXHIBIT 1

8. VCC is not responsible for delays due to weather, special order materials, customer changes or any other delays beyond their control. These delays are not considered job abandonment.

9. Not responsible for defects due to builder or previous contractors additional charges will apply.

| | |
|---|---|
| Total Job Cost (Labor and material) | $ 9,000.00 |
| Deposit due upon signing of contract | $3,110.00  Never Paid |
| Balance due upon completion. | $5,890.00 |

All deductions and credits from changes have be calculated in this price.

Customer Signature and date.

*[signatures]* 4/13/14  *attorney in fact for Patricia Mitchell* 4/13/14

VCC. Representative Signature and date.

*[signature]* 4/15/14

Page 2 of 2 VCC 1445—add on---3

# PORCH BEAM CHANGE ORDER CONTRACT

July 18, 2016

Invoice#VCC 1504

## VCC

3806 Greyhound Ct

Midlothian, VA 23112

(804)516-3543

License # 2705-141141-A

To:             Gregory & Katherine Marcellus (804) 955-8608

For Property:   4 Fitzgerald Ave

Cumberland, VA 23040

Description

1. Remove trim boards from front porch beam.

2. Repair rotten front porch beam.

3. Install double 2x12 to create new beam.

4. Install 4x4 inside of existing columns to support new beam.

5. Install new trim boards on outside of beam.

6. Remove job related debris.

7. Workmanship comes with a 5 year labor warranty.

Page 1 of 2 VCC 1504

# EXHIBIT 2

8. VCC is not responsible for delays due to weather, special order materials, customer changes or any other delays beyond their control. These delays are not considered job abandonment.

9. Not responsible for defects due to builder or previous contractors additional charges will apply.

Total Job Cost (Labor and material)          $ 3,850.00

Customer Signature and date.

*[signature] 7/24/16*
*Katherine/Michl (Rosales) Attorney in fact for Patricia W Mitchum*

_____
VCC. Representative Signature and date.

Page 2 of 2 VCC 1504

Katherine Marcellus <kmmarcellus@gmail.com>                              8/22/2016 8:13 AM

## Re: Brick repair front porch foundation

To Shawn Adams <arkconstructioninc@comcast.net>

*(handwritten, circled)* Do the one with the block.

Painting and kitchen porch repair?

On Mon, Aug 22, 2016 at 6:15 AM, <arkconstructioninc@comcast.net> wrote:

> Michelle & Greg
>
> The front left corner of the porch foundation is in need of repair before we can continue with the post install and repair. I have included two options for this repair the first being tear out and replace the brick the second being build a block wall behind to support the current brick. Please review and let me know which option you would like to do. Just sign the agreement and email back to me as soon as possible. The block option is the cheapest and fastest to preform and will take care of the support issue. Please get back to me ASAP so I can set it up we plan to be back out Tuesday am and would like to be able to dothis repair so we can complete the porch by Weds. Thanks
>
> Shawn Adams
> 804-516-3543

--
Sincerely,
Michele Marcellus
District Manager
Insurance Sales representative of PMA/USA representing Washington National
(804) 955-8609

- ARK 1518-2 Marcellus front porch brick repair.docx (233 KB)

# EXHIBIT 3

# PORCH BRICK REPAIR CONTRACT

August 22, 2016

Invoice#VCC 1518-2

## VCC

3806 Greyhound Ct

Midlothian, VA 23112

(804)516-3543

License # 2705-141141-A

*Option #1 Selected & work Completed.*

To: Gregory & Katherine Marcellus (804) 955-8608

For Property: 4 Fitzgerald Ave

Cumberland, VA 23040

Description

1. Existing brick on left front corner of front porch foundation to remain in place.

2. Dig footing beside brick on front left corner of front porch foundation.

3. Install block on inner side of brick on new footing.

4. Pour concrete between brick and block to support brick.

5. Secure loose brick but remaining brick to stay as is.

6. Remove job related debris.

7. Workmanship comes with a 5 year labor warranty.

Page 1 of 2 VCC 1518-2

8. VCC is not responsible for delays due to weather, special order materials, customer changes or any other delays beyond their control. These delays are not considered job abandonment.

9. Not responsible for defects due to builder or previous contractors additional charges will apply.

Total Job Cost (Labor and material)        $ 950.00

Due upon completion.

Customer Signature and date.

VCC. Representative Signature and date.

Page 2 of 2 VCC 1518-2

# PORCH BRICK REPAIR CONTRACT

August 22, 2016

Invoice#VCC 1518-1

## VCC

3806 Greyhound Ct

Midlothian, VA 23112

(804)516-3543

License # 2705-141141-A

*Option #2 Not Chosen* (handwritten)

To:              Gregory & Katherine Marcellus (804) 955-8608

For Property:    4 Fitzgerald Ave

                 Cumberland, VA 23040

Description

1. Remove brick approx. 10 ft from each corner of the left front side of front porch.

2. Dig new footing where brick was removed.

3. Install new brick where brick was removed.

4. Install vent in brick were existing vent is located.

5. Tie into remaining brick on porch foundation.

6. Remove job related debris.

7. Workmanship comes with a 5 year labor warranty.

Page 1 of 2 VCC 1518-1

8. VCC is not responsible for delays due to weather, special order materials, customer changes or any other delays beyond their control. These delays are not considered job abandonment.

9. Not responsible for defects due to builder or previous contractors additional charges will apply.

Total Job Cost (Labor and material)                $ 2,430.00

Due upon completion.

Customer Signature and date.

VCC. Representative Signature and date.

Page 2 of 2 VCC 1518-1