**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

**OMNIBUS WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Daniel Kevin Eisenhauer, an attorney at Stern & Eisenberg Mid-Atlantic, PC, is withdrawing from the attached cases where he is the attorney of record. By this notice, Mr. Eisenhauer's appearance in the attached cases is hereby withdrawn.

By: _/s/ Daniel K. Eisenhauer, Esquire_
Daniel K. Eisenhauer, Esquire,
Bar No: 85242
Stern & Eisenberg Mid-Atlantic, PC
9920 Franklin Square Drive, Suite 100
Baltimore, MD 21236
Phone: (410) 635-5127
Fax: (443) 815-3931
deisenhauer@sterneisenberg.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Omnibus Withdrawal of Counsel to be sent by electronic means via the Court's CM/ECF notification system this 2nd day of August, 2019, to all registered users pursuant to this Court's CM/ECF procedures.

    By:   */s/Daniel K. Eisenhauer, Esquire*

EXHIBIT A

| Chapter | Case Number | Debtor(s) Name | Creditor Name |
|---|---|---|---|
| 13 | 5:2014bk50126 | Douglas Ashby Talbert and Laura Louise Talbert | WF Victoria Grantor Trust |
| 13 | 5:2014bk50532 | Renee M. Miller | WF Victoria Grantor Trust |
| 13 | 7:2014bk71206 | Frank Beltran, III and Minnie Marie Beltran | CitiMortgage,Inc.. |
| 13 | 7:2014bk71607 | Marsella Sharlone Pickeral | Nationstar Mortgage LLC |
| 13 | 6:2014bk62298 | Marlo Baynette Harris | U.S. Bank National Association et al. |
| 13 | 6:2015bk60946 | Melody Corbin Snow-Brown | J.P. Morgan Mortgage Acquisition Corp. |
| 13 | 7:2016bk70477 | Judy Ann Williams | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not in its Individual Capacity but Solely as Trustee for Brougham Fund II Trust |
| 13 | 7:2016bk70823 | Margaret Ann Stone | CitiMortgage,Inc. |
| 13 | 6:2016bk61553 | Wesley Grayson Drumheller and Teresa Dawn Payne | First Guaranty Mortgage Corporation |
| 13 | 6:2016bk61695 | Chester Sirlone Thompson and Earlene Leftwich Thompson | Wilmington Savings Fund Society, et al. |
| 13 | 6:2016bk61934 | Melody H Barbour | The Money Source, Inc. |
| 13 | 6:2016bk62463 | Linda Smith Gentry | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-21 |
| 13 | 6:2017bk60419 | Katherine Michele Marcellus and Gregory Eugene Marcellus | First Guaranty Mortgage Corporation |
| 13 | 5:2017bk50355 | Russell Lee Tenney and Michele Jo Tenney | Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, Not in it`s individual capacity but solely as the trustee for the Brougham Fund I Trust |
| 13 | 6:2017bk60836 | Eleanor NMN Brown | Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3 |
| 13 | 7:2017bk70628 | Michael Wayne Brown | Lakeview Loan Servicing, LLC |
| 13 | 7:2017bk70731 | Anthony Lamont Guerrant | HSBC Bank USA, National Association, as Trustee for Option One Mortgage Loan Trust 2007-HL1, Asset-Backed Certificates, Series 2007-HL1 |
| 13 | 6:2017bk61243 | Michael Timothy Ramey | First Guaranty Mortgage Corporation |

| | | | |
|---|---|---|---|
| 13 | 7:2017bk71003 | James William Price, Jr. and Olivia Keen Price | CitiMortgage,Inc. |
| 13 | 5:2017bk50758 | Robert A. Vanderveer | Lakeview Loan Servicing LLC |
| 13 | 6:2017bk61722 | Larissa Hodge Rash | Wilmington Trust, National Association |
| 13 | 7:2017bk71252 | Jesse Willard Reeves,, Jr. and Darlene Adams Reeves | CitiMortgage,Inc. |
| 13 | 7:2017bk71319 | Donald L Hogan and Addrienne A Hogan | M&T Bank |
| 13 | 6:2017bk62003 | Brian Keith Torode, Sr and Denise Brown Torode | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2017-19TT |
| 13 | 6:2017bk62137 | Gregory Edward Thompson, Jr and Kimberly Wiseman Thompson | CitiMortgage, Inc. |
| 13 | 7:2017bk71479 | Michelle Marie Kruse | Pingora Loan Servicing, LLC |
| 13 | 6:2017bk62169 | Tracy L Parrish | CitiMortgage, Inc. |
| 13 | 7:2017bk71508 | Billie Jean Jones | NYMT Loan Trust 2014-RP1 |
| 13 | 6:2017bk62407 | Jonathan Oliver Carey and Heidi Michelle Carey | Pingora Loan Servicing, LLC |
| 13 | 6:2017bk62496 | Bryan Keith Campbell and Sherry Tyree Campbell | AmeriHome Mortgage Company, LLC |
| 13 | 6:2018bk60253 | Ayesha L Allen | U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT |
| 13 | 5:2018bk50268 | Ethel Abelina Guifarro | Statebridge Company, LLC |
| 13 | 5:2018bk50269 | Michael James Ireland and Jennifer Lynn Ireland | AmeriHome Mortgage Company, LLC |
| 13 | 6:2018bk60840 | Shayla Monniece Bonds | Lakeview Loan Servicing LLC |
| 13 | 5:2018bk50413 | Patrick Allen Wilt | LoanDepot.com, LLC |
| 13 | 7:2018bk70690 | Tonya Bryanna Powers | LoanDepot.com, LLC |
| 13 | 7:2018bk70843 | Jeffrey W Robbins and Kathy F Robbins | Wilmington Savings Fund Society, FSB, as trustee for Upland Mortgage Loan Trust A |
| 13 | 6:2018bk61919 | Shirley Ann Chapman | U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Loan Acquisition Trust 2017-RPL1 |
| 13 | 6:2018bk62183 | Robert Graham Groves and Evelyn Maria Groves | Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 |
| 13 | 7:2018bk71578 | Bobby Allen Carr | Rushmore Loan Management Services, LLC |
| 13 | 5:2018bk51105 | Jason T. Myers | J.G. Wentworth Home Lending, LLC |
| 13 | 7:2018bk71634 | Ruth Elizabeth Cook | U.S. Bank Trust National Association, not in its individual capacity but solely as ownertrustee for REO Trust 2017-RPL1 |
| 13 | 6:2019bk60116 | Dwayne Jefferson Massie | J.P. Morgan Mortgage Acquisition Corp. |
| 13 | 6:2019bk60282 | Pamela Casey Kidd | First Guaranty Mortgage Corporation |

| | | | |
|---|---|---|---|
| 13 | 6:2019bk60412 | Robert Edward Mosby, III and Angela Yvonne Mosby | LAKEVIEW LOAN SERVICING LLC |
| 13 | 6:2019bk60594 | Kevin Brendale Alexander and Christine Cash Alexander | HomeBridge Financial Services, Inc. |
| 13 | 5:2019bk50326 | Richard Todd Lewis and Lesley Gwen Lewis | PrimeLending, A PlainsCapitol Company |
| 13 | 6:2019bk60984 | Michael Dwayne Ferguson | CSMC 2018-RPL12 Trust |
| 7 | 7:2019bk70612 | Chester Wayne Holbrook, Jr and Jamie Denise Holbrook | Lakeview Loan Servicing, LLC |
| 13 | 6:2019bk61049 | Erin Mitchell | Wilmington Savings Fund Society, et al. |
| 13 | 6:2019bk61152 | Luke Gilman Powell, Sr. | Lakeview Loan Servicing, LLC |
| 13 | 6:2019bk61171 | Renee Patrice Toler | Wilmington Savings Fund Society, FSB, et. Al. |
| 13 | 7:2019bk70801 | Karen Rae Stowers | CitiMortgage, Inc. |